4:19-CV-00040

# Account Summary

Winkler County
Minerva Soltero - Tax Assessor-Collector
P.O. Drawer T
Kermit, TX 79745
Ph: (432) 586-3465   Fax: (432) 586-6925

This is a statement of taxes paid & due
as of the effective date based upon the
tax records of the Winkler County Tax Office.

Property: 4220-0022-0004000
Quick Ref ID: R124605
Owner: REDMON, JACKIE & RAQUEL
Situs Address: 312-322 N POPLAR
Legal Description: 4-6 22 KERMIT ORIGINAL 312-322 N POPLAR

REDMON, JACKIE & RAQUEL
HOLY SPIRIT OIL FILLED MINISTRY
239 VAN
KERMIT, TX 79745

Assessment Values
- HSCapAdj: 0
Imp HS: 0
Imp NHS: 294,550
Land HS: 0
Land NHS: 8,250

**Tax Bill (Effective Date: 06/26/2019)**      Balance Due if Paid By June 30, 2019:       0.00

| Bill | Levy | Levy Balance | P & I | Atty Fees | Date Paid | Amt Paid | Balance |
|---|---|---|---|---|---|---|---|
| **2004** | | | | | | | |
| City Of Kermit | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| FC/Lateral Road | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Kermit ISD | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Winkler County | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Totals | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| **2005** | | | | | | | |
| City Of Kermit | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| FC/Lateral Road | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Kermit ISD | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Winkler County | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Totals | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| **2006** | | | | | | | |
| City Of Kermit | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| FC/Lateral Road | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Kermit ISD | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Winkler County | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Totals | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| **2007** | | | | | | | |
| City Of Kermit | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| FC/Lateral Road | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Kermit ISD | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Winkler County | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Totals | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| **2008** | | | | | | | |
| City Of Kermit | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| FC/Lateral Road | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Kermit ISD | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Winkler County | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Totals | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| **2009** | | | | | | | |
| City Of Kermit | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |


EXHIBIT 1

To: Gerald Fuggit    Page 3 of 4                    2019-06-26 20:56:50 (GMT)              14325585107 From: Jackie Redmon
06-26-19;  Case 4:19-cv-00040-DC    Document 1-2    Filed 07/26/19    Page 2 of 3         # 3/ 4

4:19-cv-00040

## Account Summary

Winkler County  
Minerva Soltero - Tax Assessor-Collector  
P.O. Drawer T  
Kermit, TX 79745  
Ph: (432) 586-3465  Fax: (432) 586-6925

Property: 4220-0022-0004000  
Quick Ref ID: R124605  
Owner: REDMON, JACKIE & RAQUEL  
Situs Address: 312-322 N POPLAR  
Legal Description: 4-6 22 KERMIT ORIGINAL 312-322 N POPLAR

Tax Bill (Effective Date: 06/26/2019)          Balance Due if Paid By June 30, 2019:                              0.00

| Bill | Levy | Levy Balance | P & I | Atty Fees | Date Paid | Amt Paid | Balance |
|---|---|---|---|---|---|---|---|
| FC/Lateral Road | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Kermit ISD | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Winkler County | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Totals | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| **2010** | | | | | | | |
| City Of Kermit | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| FC/Lateral Road | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Kermit ISD | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Winkler County | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Totals | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| **2011** | | | | | | | |
| City Of Kermit | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| FC/Lateral Road | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Kermit ISD | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Winkler County | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Totals | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| **2012** | | | | | | | |
| City Of Kermit | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| FC/Lateral Road | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Kermit ISD | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Winkler County | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Totals | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| **2013** | | | | | | | |
| City Of Kermit | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| FC/Lateral Road | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Kermit ISD | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Winkler County | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Totals | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| **2014** | | | | | | | |
| City Of Kermit | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| FC/Lateral Road | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Kermit ISD | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Winkler County | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Totals | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| **2015** | | | | | | | |
| City Of Kermit | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| FC/Lateral Road | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Kermit ISD | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Winkler County | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Totals | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| **2016** | | | | | | | |

To: Gerald Fuggit    Page 4 of 4            2019-06-26 20:56:50 (GMT)            14325585107 From: Jackie Redmon
06-26-19; Case 4:19-cv-00040-DC   Document 1-2   Filed 07/26/19   Page 3 of 3      #  4/ 4

4:19-Cv-00040

# Account Summary

**Winkler County**
Minerva Soltero – Tax Assessor-Collector
P.O. Drawer T
Kermit, TX 79745
Ph: (432) 586-3465   Fax: (432) 586-6925

Property: 4220-0022-0004000
Quick Ref ID: R124605
Owner: REDMON, JACKIE & RAQUEL
Situs Address: 312-322 N POPLAR
Legal Description: 4-6 22 KERMIT ORIGINAL 312-322 N POPLAR

| Tax Bill (Effective Date: 06/26/2019) | | Balance Due if Paid By June 30, 2019: | | | | | 0.00 |
|---|---|---|---|---|---|---|---|
| **Bill** | **Levy** | **Levy Balance** | **P & I** | **Atty Fees** | **Date Paid** | **Amt Paid** | **Balance** |
| City Of Kermit | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| FC/Lateral Road | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Kermit ISD | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Winkler County | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| **Totals** | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| **2017** | | | | | | | |
| City Of Kermit | 1,335.57 | 0.00 | 0.00 | 0.00 | 01/22/2018 | 1,335.57 | 0.00 |
| FC/Lateral Road | 173.20 | 0.00 | 0.00 | 0.00 | 01/22/2018 | 173.20 | 0.00 |
| Hospital District | 847.84 | 0.00 | 0.00 | 0.00 | 01/22/2018 | 847.84 | 0.00 |
| Kermit ISD | 4,266.15 | 0.00 | 0.00 | 0.00 | 01/22/2018 | 4,266.15 | 0.00 |
| Winkler County | 1,795.00 | 0.00 | 0.00 | 0.00 | 01/22/2018 | 1,795.00 | 0.00 |
| **Totals** | 8,417.76 | 0.00 | 0.00 | 0.00 | | 8,417.76 | 0.00 |
| **2018** | | | | | | | |
| City Of Kermit | 1,226.55 | 0.00 | 0.00 | 0.00 | 01/04/2019 | 1,225.55 | 0.00 |
| FC/Lateral Road | 154.73 | 0.00 | 0.00 | 0.00 | 01/04/2019 | 154.73 | 0.00 |
| Hospital District | 807.87 | 0.00 | 0.00 | 0.00 | 01/04/2019 | 807.87 | 0.00 |
| Kermit ISD | 4,159.27 | 0.00 | 0.00 | 0.00 | 01/04/2019 | 4,159.27 | 0.00 |
| Winkler County | 1,631.79 | 0.00 | 0.00 | 0.00 | 01/04/2019 | 1,631.79 | 0.00 |
| **Totals** | 7,979.21 | 0.00 | 0.00 | 0.00 | | 7,979.21 | 0.00 |
| **Totals** | **16,396.97** | **0.00** | **0.00** | **0.00** | | **16,396.97** | **0.00** |

Balance Due if Paid By June 30, 2019:  0.00