

THE
FELLOWSHIP
NETWORK

"A Spirit Empowered community advancing the Kingdom of God"
Connecting Leaders, Churches and Organizations for the purpose of Resourcing, Networking, Mentoring and Covering (IRS).

June 11, 2019

To Whom It May Concern:

This is to certify that **"Holy Spirit Oil Filled Ministry"** 318 N Poplar, Kermit, TX 79745, EIN 45-4101942, is an active, current member of the Full Gospel Fellowship of Churches and Ministers International, dba The Fellowship Network.

As a member of the Full Gospel Fellowship of Churches and Ministers International, **Holy Spirit Oil Filled Ministry of Kermit Texas** is recognized by the Internal Revenue Service as a Non-Profit Organization and is covered under our Group Ruling Number 1620, and is exempt from Federal Income tax under section 501(c) (3) of the Internal Revenue Service.

Each September, as required by law, we mail our SGRI Listing to the IRS. That list includes all Churches and Organizations that are current members of the Full Gospel Fellowship of Churches and Ministers International. **Holy Spirit Oil Filled Ministry of Kermit Texas** joined Full Gospel Fellowship of Churches and Ministers International March 12, 2012.

Enclosed is a copy of a current letter from the Internal Revenue Service that states that we are recognized by the IRS and that our subordinates are covered under our Group Ruling Number 1620, under our 501(c) (3). The EIN of Full Gospel Fellowship of Churches and Ministers International is 73-6109354.

If we can be of further assistance, please let us know.

Sincerely,

*Bryan W. Crowson*

Bryan W. Crowson
Business Administrator

1000 N. Beltline Road, Suite 201 Irving, Texas 75061   Phone 214-492-1254   Fax 214-492-1736   Email: info@thefellowshipnetwork.net
Website: thefellowshipnetwork.net

EXHIBIT 2