IRS Department of the Treasury
Internal Revenue Service
P.O. Box 2508
Cincinnati OH 45201

In reply refer to: 0248145604
Nov. 19, 2014   LTR 4167C  0
73-6109354      000000 00
                         00034213
                    BODC: TE

FULL GOSPEL FELLOWSHIP OF CHURCHES
 AND MINISTRIES INTERNATIONAL INC
THE FELLOWSHIP
% BRYAN CROWSON
1000 N BELT LINE RD STE 201
IRVING TX 75061

041572

    Employer Identification Number:  ████████
       Group Exemption Number:  1620
           Person to Contact:  MR. CORDELL
    Toll Free Telephone Number:  1-877-829-5500

Dear Taxpayer:

This is in response to your Nov. 07, 2014, request for information about your tax-exempt status.

Our records indicate that you were issued a determination letter in February, 1964, and that you are currently exempt under section 501(c)(3) of the Internal Revenue Code.

Based on the information supplied, we recognized the subordinates named on the list you submitted as exempt from Federal income tax under section 501(c)(3) of the Code.

Donors may deduct contributions to you as provided in section 170 of the Code. Bequests, legacies, devises, transfers, or gifts to you or for your use are deductible for Federal estate and gift tax purposes if they meet the applicable provisions of sections 2055, 2106 and 2522 of the Code.

If you have any questions, please call us at the telephone number shown in the heading of this letter.

                                    Sincerely yours,

                                    Susan M. O'Neill

                                    Susan M. O'Neill, Department Mgr.
                                    Accounts Management Operations

EXHIBIT 3