| | |
|---|---|
| **Internal Revenue Service** | **Department of the Treasury** |
| | P.O. Box 2508 |
| | Cincinnati, OH 45201 |
| Date: June 3, 2003 | **Person to Contact:** |
| | Steve Brown 31-07422 |
| | Customer Service Representative |
| Full Gospel Fellowship of Churches and | **Toll Free Telephone Number:** |
| Ministers International, Inc. | 8:00 A.M. to 6:30 P.M. EST |
| 1000 N Belt Line Rd Ste 201 | 877-829-5500 |
| Irving, TX 75061 | **Fax Number:** |
| | 513-263-3756 |
| | **Federal Identification Number:** |
| | 73-6109354 |
| | **Group Exemption Number:** |
| | 1620 |

Dear Sir or Madam:

This is in response to your request of March 13, 2003 regarding a copy of your organization's group exemption letter.

In February 1964, we issued a determination letter that recognized your organization as exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code. That letter is still in effect.

Based on the information submitted, we recognized the subordinates named on the list your organization supplied as exempt from federal income tax under section 501(c)(3) of the Code. Also, we classified those subordinates as organizations that are not private foundations because they are organizations of the type described in sections 509(a)(1) and 170(b)(1)(A)(i) of the Code.

Donors may deduct contributions to your organization's subordinates as provided in section 170 of the Code. Bequests, legacies, devises, transfers or gifts to the subordinates or for their use are deductible for federal estate and gift tax purposes if they meet the applicable provisions of sections 2055, 2106, and 2522 of the Code.

Your organization and its subordinates are not required to file federal income tax returns unless subject to the tax on unrelated business income under section 511 of the Code. If subject to this tax, the organization must file an income tax return on Form 990-T, *Exempt Organization Business Income Tax Return*. In this letter, we are not determining whether any of your organization or its subordinates' present or proposed activities are unrelated trade or business as defined in section 513 of the Code.

Unless specifically excepted, your organization and its subordinates are liable for taxes under the Federal Insurance Contributions Act (social security taxes) on remuneration of $100 or more paid each employee during a calendar year. This does not apply, however, if your organization makes or has made a timely election under section 3121(w) of the Code to be exempt from such tax. Your organization and its subordinates are not liable for the tax imposed under the Federal Unemployment Tax Act (FUTA).

**EXHIBIT 4**

-2-

Full Gospel Fellowship of Churches and Ministers International, Inc.
73-6109354

Section 6104 of the Internal Revenue Code requires organizations that received recognition of exemption on July 15, 1987, or later, to make available for public inspection a copy of the exemption application, any supporting documents and the exemption letter to any individual who requests such documents in person or in writing. Organizations that received recognition of exemption before July 15, 1987, and had a copy of their exemption application on July 15, 1987, are also required to make available for public inspection a copy of the exemption application, any supporting documents and the exemption letter to any individual who requests such documents in person or in writing. For additional information on disclosure requirements, please refer to Internal Revenue Bulletin 1999 - 17.

If you have any questions, please call us at the telephone number shown in the heading of this letter.

Sincerely,

*John E. Ricketts*

John E. Ricketts, Director, TE/GE
Customer Account Services