# Professional Bondsmen of Texas
## 8 Hour
## BAIL BOND COURSE
## CERTIFICATION OF ATTENDANCE

File the original certificate with the appropriate licensing board. Retain a copy of this certificate for your records.

| | |
|---|---|
| Provider Name: | Sam Houston State University |
| | The Correctional Management Institute |
| Course Title: | The PBT Continuing Education Course |
| Date Attended: | June 7, 2019 |
| Location of Course: | Abilene, TX |

The above-referenced course is approved by the State Bar of Texas for <u>8.00</u> hours toward meeting Bail Bond Surety Licensure requirements outlined in Section 1704.152, Subsection (a)(4)(B), Occupations Code.

**STATEMENT OF ATTENDANCE**

By signing below, I certify that I attended the activity described above and I am entitled to claim <u>8.00</u> hours of credit toward meeting Bail Bond Surety Licensure requirements.

# Jackie Redmon

Attendee Name

_[signature: Jackie Redmon]_     06/07/2019

Attendee Signature                                Date

Acknowledged By:

Susie Cannon                        _[signature: Susie Cannon]_

Course Coordinator                   Signature

If you are licensed in multiple counties, additional copies of your original Certificate of Attendance are available from the PBT office for $15.00 each.

**EXHIBIT 5**