Article A17.07. AACORPORATION TO FILE WITH COUNTY CLERK POWER OF ATTORNEY DESIGNATING AGENT. (a)Any corporation authorized by the law of this State to act as a surety, shall before executing any bail bond as authorized in the preceding Article, first file in the office of the county clerk of the county where such bail bond is given, a power of attorney designating and authorizing the named agent, agents, or attorney of such corporation to execute such bail bonds and thereafter the execution of such bail bonds by such agent, agents or attorney, shall be valid and binding obligation of such corporation. (b)AAA corporation may limit the authority of an agent designed under Subsection (a) by specifying the limitation in the power of attorney that is filed with the county clerk. SECTIONA2.AAArticle 17.10, Code of Criminal Procedure, is amended by adding Subsection (c) to read as follows: (c) AAA person, for compensation, may not act as a surety on a bail bond if the person has been fully finally convicted of: (1) AAa misdemeanor involving m (2)AAa felony. SECTIONA3.AAA limitation of the authority of an agent under Article 17.07(b), Code of Criminal Procedure, as added by this Act, is applicable only to a bail bond that is executed: (1) AAon or after the effective date of this Act; and (2) AAafter the limitation of authority described by Article 17.07(b) is filed with the county clerk, as provided by that article. SECTIONA4.AAArticle 17.10(c), Code of Criminal Procedure, as added by this Act, applies only to a person convicted of an offense committed on or after the effective date of this Act. A person convicted of an offense committed before the effective date of this Act is governed by the law in effect on the date the offense was committed, and the former law is continued in effect for that purpose. For purposes of this section, an offense was committed before the effective date of this Act if any element of the offense occurred before that date. SECTIONA5.AA This Act takes effect September 1, 2011. 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 H.B. ANo.A1823 2

