UNITED STATES OF AMERICA
WESTERN DISTRICT
PECOS DIVISION

| | |
|---|---|
| JAKIE REDMON, HOLY SPIRIT OILFIELD §<br>MINISTRY OF KERMIT, TEXAS, §<br>and BAIL BONDSMAN FOR CHRIST §<br>STATE OF TEXAS §<br>§<br>§<br>Complaint, §<br>§<br>§<br>vs. §<br>§<br>COUNTY SHERIFF OF WINKLER, TEXAS §<br>DARIN MITCHELL, WINKLER COUNTY §<br>COUNTY, WINKLER COUNTY APPRAISAL §<br>BOARD, §<br>Respondents. §<br>§ | CAUSE NO: 4:19-cv-00040 |

## AFFIDAVIT OF JACKIE REDMON

STATE OF TEXAS           §
                         §
COUNTY OF ECTOR          §

**BEFORE**, the undersigned authority, on this day personally appeared JACKIE REDMON, known to me to be the person whose signature appears below, and having been by me duly sworn, the said Jackie Redmon stated on oath as follows:

1. "My name is Jackie Redmon. I am over the age of eighteen (18). I am personally competent to make this affidavit. I have personal knowledge of all facts stated in this affidavit, and is true and correct.

2. I am the pastor of HOLY SPIRIT OILFIELD, MINISTRY OF KERMIT, TEXAS, and owner of BAIL BONDSMAN OF CHRIST.

3. I have been a Bail Bondsman in the State of Texas for four (4) years now. I currently bond in three (3) counties in Texas. (Winkler, Ward, and Pecos).

1


EXHIBIT 8

4. On or about June 6, 2016, the Sheriff Darin Mitchell of Winkler County, Texas called me in his office to tell me we have problems. This is about the fourth time I have gone to see Sheriff Darin Mitchell.

5. The first time was to tell me I am a convicted felon and cannot bond in Winkler County, Texas anymore. I told Sheriff Darin Mitchell the law changed AN ACT relating to the authority of certain persons to execute bail bonds act as sureties

6. The law states as follows, to wit: LEGISTATURE OF THE STATE OF TEXAS: SECTION 1. AAArticle 17.07, Code of Criminal Procedure is amended and reads as follows, to wit:

Article A17.07. AACORPORATION TO FILE WITH COUNTY CLERK POWER OF ATTORNEY DESIGNATING AGENT. **(a)**Any corporation authorized by the law of this State to act as a surety, shall before executing any bail bond as authorized in the preceding Article, first file in the office of the county clerk of the county where such bail bond is given, a power of attorney designating and authorizing the named agent, agents, or attorney of such corporation to execute such bail bonds and thereafter the execution of such bail bonds by such agent, agents or attorney, shall be valid and binding obligation of such corporation. **(b)**AAA corporation may limit the authority of an agent designed under Subsection (a) by specifying the limitation in the power of attorney that is filed with the county clerk. SECTIONA2.AAArticle 17.10, Code of Criminal Procedure, is amended by adding Subsection (c) to read as follows: (c) AAA person, for compensation, may not act as a surety on a bail bond if the person has been fully finally convicted of: (1) AAa misdemeanor involving m (2)AAa felony. SECTIONA3.AAA limitation of the authority of an agent under Article 17.07(b), Code of Criminal Procedure, as added by this Act, is applicable only to a bail bond that is executed: (1) AAon or after the effective date of this Act; and (2) AAafter the limitation of authority described by Article 17.07(b) is filed with the county clerk, as provided by that article. SECTIONA4.AAArticle 17.10(c), Code of Criminal Procedure, as added by this Act, applies only to a person convicted of an offense committed on or after the effective date of this Act. A person convicted of an offense committed before the effective date of this Act is governed by the law in effect on the date the offense was committed, and the former law is continued in effect for that purpose. For purposes of this section, an offense was committed before the effective date of this Act if any element of the offense occurred before that date. SECTIONA5.AA This Act takes effect September 1, 2011. 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 H.B. ANo.A1823 2

7. I showed this to Sheriff, Darin Mitchell of Kermit, Winkler County, Texas, he really did not like it but he let me continue to make Bonds in Winkler County. After that he would consistently try to tell me different things like, well I believe you are over

2

your limit on making bonds. I would have to show him I was not, and he would say ok. I would continue to make bonds in Winkler County. Every time I would make a bond he would always ask me who I was bonding and tell me things like you better make sure they show up, if we have to go after them we will be eating steaks off of you and you will pay we have a new District Attorney and she says you cannot bond because you are a convicted felon.

8. I received fewer and fewer calls. I found out that all Bail Bonds names/ telephone numbers were properly posted in a certain designated area however, my contact information was the only one that was removed. This including in the jail at jail desk.

9. The Appraisal District took me before the appraisal board to tell me our church does not have the right to make money, so they started making my church pay property taxes in the amount of $7,000.00 a year. My rights as a citizen of the United States of America have violated my rights as a Christian.

10. The Sheriff Darin Mitchell brought to my attention that I had too many NISI's failure to appears. I informed the Sheriff that the biggest percentage of the NISI's that we had were due not receiving a court notice for my clients to be in court. He said that was not his fault to contact the court because I was not bonding in this county anymore.

11. I believe the Sheriff, Darin Mitchell, in Kermit, Winker County, Texas and the new District Attorney's conspiracy to remove me from the bonding business in Winkler County, Texas is the problem that exists now."

**FURTHER, THE AFFIANT SAYETH NOT.**

_____
**Jackie Redmon**

**SUBSCRIBED AND SWORN TO BEFORE ME** by the said, Jackie Redmon on this 26th day of July 2019, to certify which witness my hand and official seal.

CHARLOTTE ANN REDFERN
My Notary ID # 126570726
Expires June 26, 2020

_____
**Notary Public, Sate of Texas**